part in the consideration or decision of this motion and petition.

No. 78–575. Southern Railway Co. *v.* Seaboard Allied Milling Corp. et al., 442 U. S. 444;

No. 78–597. Interstate Commerce Commission *v.* Seaboard Allied Milling Corp. et al., 442 U. S. 444;

No. 78–604. Seaboard Coast Line Railroad Co. et al. *v.* Seaboard Allied Milling Corp. et al., 442 U. S. 444;

No. 78–685. Aberdeen & Rockfish Railroad Co. et al. *v.* United States et al., 442 U. S. 946; and

No. 78–5283. Jackson *v.* Virginia et al., 443 U. S. 307. Petitions for rehearing denied. Mr. Justice Powell took no part in the consideration or decision of these petitions.

No. 78–765. Michigan *v.* Conner, 441 U. S. 943;

No. 78–1316. Flex-a-Lite Corp. *v.* Schwitzer Division, Wallace-Murray Corp., 441 U. S. 952;

No. 78–6237. Phillips *v.* Louisiana, 442 U. S. 919;

No. 78–6350. Sremaniak *v.* United States, 441 U. S. 963; and

No. 78–6544. Rodes *v.* Pristo et al., 441 U. S. 951. Motions for leave to file petitions for rehearing denied.

No. 78–1610. United Air Lines, Inc. *v.* McDonald, 442 U. S. 934. Petition for rehearing denied. Mr. Justice Stevens took no part in the consideration or decision of this petition.

October 5, 1979

No. A–290. O'Hair et al. *v.* Andrus, Secretary of the Interior, et al. D. C. D. C. Application for injunction, presented to The Chief Justice, and by him referred to the Court, denied.